# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JESSICA RIZZUTO

VERSUS

PAUL RIZZUTO

NO.  2021 CW 1510

**FEBRUARY 25, 2022**

---

In Re:   Paul Rizzuto, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 117177.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.**  The writ application fails to comply with Rule 4-5(C)(8), (9), (10), and (11) of the Uniform Rules of Louisiana Courts of Appeal, as it does not include copies of each pleading on which the ruling at issue was founded, namely the petition, the relevant motions and oppositions thereto, if any; and the pertinent court minutes.  The writ application also does not include the original notice of intent and return date order required by Rules 4-2 and 4-3.

Supplementation of this writ application and/or an application for rehearing will not be considered.  Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal.  Any new application must be filed on or before March 28, 2022 and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT